UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY G. DOEBLER

    Plaintiff,

                                        Case No. 12-11795

v.                                      Hon. Lawrence P. Zatkoff

SOCIAL SECURITY, COMMISSIONER OF,

    Defendants.

                                               /

## ORDER ADOPTING REPORT AND RECOMMENDATION

On April 23, 2012, Plaintiff filed a complaint based on alleged denial of her social security benefits. Also on that date, Plaintiff filed an application to proceed in forma pauperis [dkt 2]. As the case is one seeking review of a denial of social security benefits, it was assigned to Magistrate Judge Charles E. Binder for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1)(A).

On May 3, 2012, the Magistrate Judge issued his Report and Recommendation [dkt 4] in which the Magistrate Judge recommends denying Plaintiff's application to proceed in forma pauperis. Plaintiff has not filed objections to the Report and Recommendation and the time period within which she must do so has expired. The Court has thoroughly reviewed the court file, Plaintiff's application, and the Magistrate Judge's Report and Recommendation. Based on this review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court

Accordingly, IT IS HEREBY ORDERED that the Plaintiff's application to proceed in

forma pauperis [dkt 2] is is DENIED.

    IT IS SO ORDERED.

                                              S/Lawrence P. Zatkoff
                                              LAWRENCE P. ZATKOFF
                                              UNITED STATES DISTRICT JUDGE

Dated:  July 16, 2012

## CERTIFICATE OF SERVICE

    The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 16, 2012.

                                              S/Marie E. Verlinde
                                              Case Manager
                                              (810) 984-3290